# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0990. ANTONE JOHNSON v. THE STATE.**

A jury convicted Antone Johnson of rape, and this Court affirmed his conviction. See *Johnson v. State*, 305 Ga. App. 853 (700 SE2d 735) (2010). In 2017, Johnson filed an extraordinary motion for new trial, raising several grounds. On July 18, 2017, the trial court denied Johnson's motion, and Johnson filed a notice of appeal on November 6, 2017. We lack jurisdiction for two reasons.

First, Johnson failed to file an application for discretionary appeal. Under OCGA § 5-6-35 (a) (7), appeals from the denial of an extraordinary motion for new trial must comply with the discretionary appeal procedure. *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). Johnson's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal.

Second, even if Johnson had a right of direct appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Johnson's notice of appeal, filed 111 days after entry of the trial court order he seeks to appeal, is untimely.

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*